**FILED**

OCT 2 0 2015

Clerk, U.S. District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAM KAMATH,<br><br>Defendant. | CR 14–27–BU–DLC<br><br>ORDER |

The United States has moved to dismiss Count One of the Superseding Indictment as to defendant Ram Kamath without prejudice because the defendant, who does not oppose the motion, has entered into a deferred prosecution agreement with the United States.

For good cause shown, IT IS HEREBY ORDERED that the United States' motion to dismiss is GRANTED, and Count One of the Superseding Indictment is dismissed as to defendant Ram Kamath without prejudice.

Dated this 20ᵗʰ day of October, 2015.

Dana L. Christensen, Chief Judge
United States District Court